**CHIEF JUSTICE**
ROGELIO VALDEZ

**JUSTICES**
NELDA V. RODRIGUEZ
DORI CONTRERAS GARZA
GINA M. BENAVIDES
GREGORY T. PERKES
NORA L. LONGORIA

**CLERK**
DORIAN E. RAMIREZ

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*



# Court of Appeals

## Thirteenth District of Texas

January 15, 2015

Hon. Joseph L. Segrato
Thornton, Biechlin, Segrato, Reynolds & Guerra
418 E. Dove Avenue
McAllen, TX 78504

Hon. E. Dale Burrus
Attorney at Law
3100 Weslayan, Suite 300
Houston, TX 77027

Hon. Brian C. Miller
Hon. Christopher Andrew Lowrance
Royston, Rayzor, Vickery & Williams
Frost Bank Plaza
802 N. Carancahua St., Suite 1300
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. David W. Green
Hartline, Dacus, Barger, Dreyer
800 N. Shoreline Blvd.
Suite 2000, North Tower
Corpus Christi, TX 78401
* DELIVERED VIA E-MAIL *

Hon. Will W. Pierson
Hon. Scott R. Taylor
Royston, Rayzor, Vickery & Williams
8200 IH 10 West, Ste. 610
San Antonio, TX 78230

Hon. Vaughan Waters
Thorton, Biechlin, Segrato, Reynolds & Guerra, L. C.
100 NE Loop 410, Ste. 500
San Antonio, TX 78216
* DELIVERED VIA E-MAIL *

Hon. Leah A. Greene
Hon. Gregory W. Marcum
Kroger Burrus
3100 Weslayan, Suite 300
Houston, TX 77027
* DELIVERED VIA E-MAIL *

Re:     Cause No. 13-11-00005-CV, 13-11-00013-CV
Tr.Ct.No.  C-1949-04-J(1)
Style:   BRANNAN PAVING GP, LLC D/B/A BRANNAN PAVING COMPANY v. PAVEMENT MARKINGS, INC., SAN JUAN INSURANCE AGENCY, INC. D/B/A VALLEY INSURANCE PROVIDERS AND LEICHT GENERAL AGENCY

Dear Sir/Madam:

Corrected Bill of Costs for the above referenced causes are enclosed.

Very truly yours,

Dorian E. Ramirez, Clerk

DER:ch